IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| | | |
|---|---|---|
| IN RE:<br>GREGORY TYRONE PARKER<br>STEPHANIE TANT PARKER<br>SSN: XXX-XX-4706<br>SSN: XXX-XX-6725<br><br>DEBTORS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  09-04381-8-JRL<br><br>CHAPTER 13 |

## OBJECTION TO MINUTES OF 341 AND MOTION FOR CONFIRMATION OF PLAN

**NOW COMES**, Creditor America's Servicing Company, ("ASC") and objects to the proposed plan, and in support thereof alleges and says:

1) ASC is the servicer of a Promissory Note secured by a Deed of Trust on the primary residence of the Debtors and known as 5812 Arrowood Lane, Raleigh, North Carolina and more particularly described in the Deed of Trust recorded in Book 8684 Page 1673 in the Wake County Registry, North Carolina.

2) ASC filed a Proof of Claim with the Chapter 13 Trustee on or about September 16, 2009 listing a total indebtedness claim of $60,481.62 and an arrearage claim of $9,221.84.

3) The Proposed Plan provides for the bifurcation of ASC's claim into a secured portion of $42,589.00 and an unsecured portion of $17,892.62.

4) ASC objects to the bifurcation of its claim into secured and unsecured status; and further objects to the value placed on the subject property by the Debtor.  Upon information and belief, ASC alleges and states that should the Court find that ASC's claim may be bifurcated; that the subject property should be valued at no less than the Wake County tax assessed value of $69,905.00, a copy of which is attached hereto and incorporated herein by reference as Exhibit A.

**WHEREFORE**, ASC respectfully requests the court as follows:

1)     That ASC's total claim in the amount of $60,481.62 being treated as fully secured and paid at the contractual rate of interest; and

2)     ASC's arrearage claim in the amount of $9,221.84 be paid in full through the Chapter 13 Plan; and

3)     Additionally that ASC be awarded reasonable attorney fees in the amount of $250 for the filing of this pleading; and

4)     For such other and further relief as the Court deems just and proper.

This the 11th day of August, 2010.

                      THE LAW FIRM OF HUTCHENS, SENTER& BRITTON, P.A.

                    S:\ Sarah D. Miranda
                    Sarah D. Miranda
                    Attorney for Movant
                    4317 Ramsey Street
                    P.O. Box 2505
                    Fayetteville, NC  28302
                    Telephone: (910)864-2668
                    Fax: (910)864-6177
                    State Bar No.: 29354

## Property Tax Information
Billing/Collections - Billing Statement

**Wake County, North Carolina**

Print    Close Window

Please mail payments and correspondence to:
Wake County Revenue Department
PO Box 2331
Raleigh NC 27602

| PARKER, GREGORY T<br>PARKER, STEPHANIE | Acct #: 0000021614-2010-2010-000000<br>Bill Date: 07/21/2010<br>Due Date: 09/01/2010<br>Interest Begins: 01/06/2011 | Acct Status: |
|---|---|---|

| Description: | LO28 ARROWOOD HILLS BM3 | Municipality: | |
| Location: | 5812 ARROWOOD LN 27606-9224 | Fire District: | FIRE TAX DIST |
| | | Special Dist: | |
| REID: 0021614 | Acres: 0.46   Class: 2   PIN: 0781711539 | Recycle Units: 1 |

| Assessed Value | Orig | Adj | Rate | Taxing Units | Amt Billed | Adj Billed | Payment Allocation | |
|---|---|---|---|---|---|---|---|---|
| Real | 69,905 | | | City | | | City | |
| Deferred | | | | Special District | | | Special District | |
| Use | 69,905 | | | Late List Penalty | | | Late List Penalty | |
| Personal | | | | Vehicle Fee | | | Vehicle Fee | |
| Exclusion | | | **Total** | City | 0.00 | | City Interest | |
| **Total Value** | **69,905** | | | | | | Wake County | |
| | | | .5340 | Wake County | 373.29 | | Fire District | |
| | | | .0800 | Fire District | 55.92 | | Special District | |
| | | | | Special District | | | Late List Penalty | |
| | | | | Late List Penalty | | | Recycle Fee | |
| | | | | Recycle Fee | 20.00 | | County Interest | |
| | | | **Total** | Wake County | 449.21 | | Costs | |
| | | | **Total Billed** | | 449.21 | | **Total Paid** | 0.00 |
| If Paid By 01/05/2011 Pay $449.21 | | | | | | | Principal Due | 449.21 |
| | | | | | | | Interest Due | 0.00 |
| | | | | | | | Costs | 0.00 |
| | | | | | | | **Total Due** | **449.21** |

The property records and tax bill data provided herein represent information as it currently exists in the Wake County collection system. This data is subject to change daily. Wake County makes no warranties, express or implied, concerning the accuracy, completeness, reliability, or suitability of this data. Furthermore, this office assumes no liability whatsoever associated with the use or misuse of such data.



EXHIBIT A

https://services.wakegov.com/ptax/main/billing/statement.aspx?search=owner&yrs=2&pre...    8/12/2010

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date this Objection was served upon the following parties by depositing a copy enclosed in a postpaid, properly addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Parcel Service or via the appropriate electronic server.

Debtors:
Gregory Tyrone Parker
5812 Arrowood Lane
Raleigh, NC 27606

Stephanie Tant Parker
5812 Arrowood Lane
Raleigh, NC 27606

John T. Orcutt
66616-203 Six Forks Road
Raleigh, NC 27615

Chapter 13 Trustee:
John F. Logan
P.O.Box 61039
Raleigh, NC 27661

This the 11th day of August, 2010.

THE LAW FIRM OF HUTCHENS, SENTER& BRITTON, P.A.

S:\ Sarah D. Miranda
Sarah D. Miranda
Attorney for Movant
4317 Ramsey Street
P.O. Box 2505
Fayetteville, NC  28302
Telephone: (910)864-2668
Fax: (910)864-6177
State Bar No.:  29354